No. 03–1329. SARULLO v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03–1331. KOERNER v. GARDEN DISTRICT ASSN. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03–1333. HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HERNANDEZ v. EL PASO ENERGY CORP., NKA EL PASO CORP., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03–1336. BLACKSTOCK v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 03–1365. HONZAWA ET AL. v. HONZAWA ET UX. Ct. App. N. Y. Certiorari denied. 

No. 03–1367. FRANKSTON v. GLENN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–1368. PETER FARRELL SUPERCARS, INC., ET AL. v. MONSEN. C. A. 4th Cir. Certiorari denied. 

No. 03–1401. SOUTH DAKOTA DEPARTMENT OF REVENUE v. POURIER, DBA MUDDY CREEK OIL & GAS, INC., ET AL. Sup. Ct. S. D. Certiorari denied. 

No. 03–6270. CABRERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–7223. BYRD v. NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY TEMPORARY SERVICES. C. A. 4th Cir. Certiorari denied. 

No. 03–8532. GROHS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–8748. RAAFLAUB v. GRIEVANCE ADMINISTRATOR, ATTORNEY GRIEVANCE COMMISSION OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.